LANCASTER COUNTY v. J. ADDISON MARSHALL.

FILED MAY 2, 1894. NO. 5083.

Review: EVIDENCE. No question of law was involved in this case, and the evidence was *held* sufficient to sustain the finding of the district court.

ERROR from the district court of Lancaster county. Tried below before FIELD, J.

*N. Z. Snell*, for plaintiff in error.

*J. L. Caldwell* and *J. A. Marshall*, contra.

IRVINE, C.

The only point raised in this case is as to the sufficiency of the evidence, and it is conceded that no question of law is involved in the consideration of that point. We have examined the evidence, and while it is on some

points conflicting, we are satisfied that it was ample to sustain the finding.

JUDGMENT AFFIRMED.